# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510             Telephone: (212) 317-1200
New York, New York 10165                 Facsimile: (212) 317-1620
_____
jandrophy@faillacelaw.com

November 18, 2019

**VIA ECF**

Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                 Re: Gonzalez Garcia v. Damye Group Corp. et al
                       18-cv-05870-AMD-PK

Dear Judge Kuo:

      We represent Plaintiff Melquiades Gonzalez Garcia in the above-referenced matter. We write to respectfully request an adjournment of the conference scheduled for November 20, 2019 at 11:00 a.m. The reason for the request is that I have a previously scheduled conflicting pre-trial conference at 10:00 a.m. to New York State Supreme Court, New York County, which I am not able to adjourn. I have tried to request the *pro se* defendant Gary Gani's consent but my phone call was not answered.

      I thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                         /s/ *Joshua S. Androphy*
                                         Joshua S. Androphy
                                         MICHAEL FAILLACE & ASSOCIATES, P.C.
                                         *Attorneys for Plaintiff*

cc: Gary Gani (via email)